IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| Jon Reed Tollefson, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:13-cv-53 |
| | ) | |
| -vs- | ) | **ORDER ADOPTING REPORT AND** |
| | ) | **RECOMMENDATION** |
| Wickham Corwin, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that Plaintiff's motion for a temporary restraining order (Doc. #29) be denied; Plaintiff's motion for a hearing be (Doc. #29) be denied; Defendant's motion to dismiss (Doc. #7) be granted; and Plaintiff's complaint be dismissed with prejudice.  Plaintiff has not filed an objection within the prescribed period of time.

The Court has reviewed the Report and Recommendation along with the entire file, and finds the Magistrate Judge's recommendations are appropriate.  Upon de novo review, the Court can find no cognizable claim alleged in this case.  Accordingly, the Court hereby adopts the Report and Recommendation in its entirety.  For the reasons set forth therein, Plaintiff's motion for a temporary restraining order (Doc. #29) is **DENIED**; Plaintiff's motion for a hearing (Doc. #29) is **DENIED**; Defendant's motion to dismiss (Doc. #7) is **GRANTED**; and Plaintiff's complaint is **DISMISSED** with prejudice.

IT IS SO ORDERED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 12th day of February, 2014.

/s/   Ralph R. Erickson
Ralph R. Erickson, Chief Judge
United States District Court